

Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor | Los Angeles, CA 90017-5524 | tel 213.488.7100 | fax 213.629.1033

Robert L. Wallan
tel: +1.213.488.7163
robert.wallan@pillsburylaw.com

March 2, 2023

Ms. Molly C. Dwyer, Clerk of the Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re: *In-N-Out Burgers v. Zurich American Insurance Company*,
           Case No. 22-55266

Dear Ms. Dwyer:

      Yesterday, March 1, 2023, the Supreme Court of California granted the Ninth Circuit's request to address the certified question in *Another Planet Entertainment, LLC v. Vigilant Ins. Co.*, No. 21-16093 as to whether the presence of the COVID-19 virus on an insured's premises can constitute "direct physical loss or damage to property" under a commercial property insurance policy. A copy of the order is attached. In-N-Out previously apprised this panel of the Ninth Circuit's certification of the question [*see* Dkt. 30]. In-N-Out renews its request to stay this matter until the Supreme Court of California can issue a ruling determining the central question in this case.

Respectfully submitted,

*[signature]*

Robert L. Wallan
Partner

Counsel for Plaintiff-Appellant In-N-Out Burgers

Ninth Circuit - No. 21-16093

S277893

SUPREME COURT
FILED

MAR - 1 2023

Jorge Navarrete Clerk

Deputy

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

ANOTHER PLANET ENTERTAINMENT, LLC, Plaintiff and Appellant,

v.

VIGILANT INSURANCE COMPANY, Defendant and Respondent.

---

The court grants the request, made pursuant to California Rules of Court, rule 8.548, that this court decide a question of California law presented in a matter pending in the United States Court of Appeals for the Ninth Circuit.

For the purposes of briefing and oral argument, appellant Another Planet Entertainment, LLC is deemed the petitioner in this court. (Cal. Rules of Court, rule 8.520(a)(6).)

Guerrero
*Chief Justice*

Corrigan
*Associate Justice*

Liu
*Associate Justice*

Kruger
*Associate Justice*

Groban
*Associate Justice*

Jenkins
*Associate Justice*

Evans
*Associate Justice*